UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
                                         x
RICHARD VARNEY,                          :
                                         :
                    Plaintiff,           :    Case No. 07-CV-695(LDW)(AKT)
                                         :
            - against -                  :
                                         :
VERIZON COMMUNICATIONS INC.,             :
et al.,                                  :
                    Defendants.          :
                                         :
                                         x
```

## DECLARATION OF CHRISTIAN JAMES PISTILLI

Christian James Pistilli declares as follows:

1. I am an attorney with the law firm of Covington & Burling LLP in Washington, DC. I am admitted to practice law in the State of New York and have been admitted to represent defendants *pro hac vice* before this Court in the above-captioned matter.

2. Attachment 1 hereto is a true and correct copy of the transcript of the deposition of Philip Leslie Storms, taken by plaintiff in this above-captioned matter.

3. Attachment 2 hereto is comprised of true and correct excerpts from the Hewitt requirements document excerpted as Exhibit O to the declaration of Peter A. Romero, submitted by plaintiff in connection with the above-captioned matter.

4. Attachment 3 hereto is a true and correct copy of a Hewitt workflow record.

5. Attachment 4 hereto is comprised of true and correct excerpts from the NYNEX Management Pension Plan (Amended Effective June 17, 1993).

6. Attachment 5 hereto is comprised of true and correct excerpts from the Verizon Management Pension Plan.

Pursuant to 17 U.S.C. Section 1746, I declare, under penalty of perjury, that the

foregoing is true and correct to the best of my knowledge, information, and belief.

Christian James Pistilli
April 20, 2012
Washington, DC